PATTERSON v. BUCKNALL S. S. LINES, Limited.

(District Court, S. D. New York. April 1, 1913.)

REMOVAL OF CAUSES (§ 58*)—RIGHT TO REMOVE—CITIZENSHIP—WHOLE SUIT REMOVABLE.

Where plaintiff took an assignment of ten causes of action, some of the assignors being citizens of the United States and others aliens, and sued defendant, an alien corporation, on all of them in a single suit, he could not deprive defendant of the right to remove the whole suit by virtue of the causes of action previously owned by the citizen assignors, because of the joinder of the claims held by the alien assignors, which were not removable.

[Ed. Note.—For other cases, see Removal of Causes, Cent. Dig. § 110; Dec. Dig. § 58.*]

At Law. Action by Edward H. Patterson against The Bucknall Steamship Lines, Limited. Plaintiff sued as assignee of ten separate causes of action, the assignors in some instances being citizens of the United States, and in others aliens, and defendant was an alien corporation. On motion to remand. Denied.

Hunt, Hill & Betts, of New York City, for plaintiff.

Convers & Kirlin, of New York City (John M. Woolsey, of counsel, of New York City), for defendant.

LACOMBE, Circuit Judge. If sued in a state court by the citizen assignor of any of these causes of action, this alien defendant would have the right to remove the cause to a federal court. It cannot be deprived of that right because the assignee of such causes of action has joined it with other nonremovable causes of action in a similar suit. The motion to remand is therefore denied. Plaintiff has no ground to complain that this disposition of the cause leaves the nonremovable causes of action here for trial. His own conduct in unnecessarily uniting them all in one suit has brought the situation about.

Motion to remand is denied.